# EXHIBIT "A"

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

OCTOBER 2025 03831

E-Filing Number: 2510072136

| | |
|---|---|
| PLAINTIFF'S NAME<br>MYRIAM V. PELAEZ. CARDONA | DEFENDANT'S NAME<br>REYNALDO DUANY. RODRIQUEZ |
| PLAINTIFF'S ADDRESS<br>326 SOUTH 18TH STREET<br>READING PA 19602 | DEFENDANT'S ADDRESS<br>3220 W 14TH AVENUE APT. 162<br>DENVER CO 80204 |
| PLAINTIFF'S NAME | DEFENDANT'S NAME<br>AMAZON.COM, INC. |
| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS<br>410 TERRY AVENUE NORTH<br>SEATTLE WA 98109 |
| PLAINTIFF'S NAME | DEFENDANT'S NAME<br>AMAZON LOGISTICS, INC. |
| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS<br>410 TERRY AVENUE NORTH<br>SEATTLE WA 98109 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 3 | ☒ Complaint ☐ Petition Action ☐ Notice of Appeal<br>☐ Writ of Summons ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS |
|---|---|
| ☐ $50,000.00 or less<br>☒ More than $50,000.00 | ☐ Arbitration ☐ Mass Tort ☐ Commerce ☐ Settlement<br>☒ Jury ☐ Savings Action ☐ Minor Court Appeal ☐ Minors<br>☐ Non-Jury ☐ Petition ☐ Statutory Appeals ☐ W/D/Survival<br>☐ Other: |

CASE TYPE AND CODE

2V - MOTOR VEHICLE ACCIDENT

STATUTORY BASIS FOR CAUSE OF ACTION

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | IS CASE SUBJECT TO COORDINATION ORDER? |
|---|---|
| FILED<br>PRO PROTHY<br>OCT 30 2025<br>S. GILLIAM | YES NO |

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: MYRIAM V. PELAEZ CARDONA

Papers may be served at the address set forth below.

| | |
|---|---|
| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY<br>MATTHEW GALLAGHER | ADDRESS<br>547 E WASHINGTON AVENUE<br>NEWTOWN PA 18940 |
| PHONE NUMBER<br>(215)550-6553 — FAX NUMBER<br>(215)550-6557 | |
| SUPREME COURT IDENTIFICATION NO.<br>316086 | E-MAIL ADDRESS<br>mgallagher@swartzculleton.com |
| SIGNATURE OF FILING ATTORNEY OR PARTY<br>*MATTHEW GALLAGHER* | DATE SUBMITTED<br>Thursday, October 30, 2025, 04:26 pm |

**SWARTZ CULLETON FERRIS**
**TRIAL LAWYERS**
By: Matthew E. Gallagher, Esquire
Identification No. 316086
MGallagher@swartzculleton.com
547 E. Washington Avenue
Newtown, PA 18940
T: (215) 550-6553
F: (215) 550-6557

Attorney for Plaintiff,
Myriam V. Pelaez Cardona

Filed and Attested by the Office of Judicial Records 30 OCT 2025 04:26 pm S. GILLIAM

| | | |
|---|---|---|
| MYRIAM V. PELAEZ CARDONA<br>326 South 18th Street<br>Reading, PA 19602<br>*Plaintiff* | : | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br>_______________ TERM, 2025 |
| v. | : | |
| REYNALDO DUANY RODRIQUEZ<br>3220 W 14th Avenue Apt. 162<br>Denver, CO 80204<br>-and-<br>AMAZON.COM, INC.<br>410 Terry Avenue North<br>Seattle, WA 98109<br>-and-<br>AMAZON LOGISTICS, INC.<br>410 Terry Avenue North<br>Seattle, WA 98109<br>*Defendants* | : | NO.<br><br>**JURY TRIAL DEMANDED** |

# NOTICE TO DEFEND

NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the Plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

PHILADEPHIA BAR ASSOCIATION
LAWYER REFERRAL AND INFORMATION SERVICE
1101 Market Street #11
Philadelphia, PA 19107
215 238 6300

AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las páginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificación. Hace falta asentar una comparesencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomará medidas y puede continuar la demanda en contra suya sin previo aviso o notificación. Además, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

LLEVE ESTA DEMANDA A UN ABOGADO IMMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENDE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO, VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCIÓN SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

ASSOCIACION DE LICENCIADOS DE PHILADELPHIA
SERVICO DE REFERENCIA E INFORMACION LEGAL
1101 Market Street #11
Philadelphia, PA 19107 215 238 6300

**SWARTZ CULLETON FERRIS**
**TRIAL LAWYERS**
By: Matthew E. Gallagher, Esquire
Identification No. 316086
MGallagher@swartzculleton.com
547 E. Washington Avenue
Newtown, PA 18940
T: (215) 550-6553
F: (215) 550-6557

Attorney for Plaintiff,
Myriam V. Pelaez Cardona

| | | |
|---|---|---|
| MYRIAM V. PELAEZ CARDONA<br>326 South 18th Street<br>Reading, PA 19602<br>*Plaintiff*<br>v.<br><br>REYNALDO DUANY RODRIQUEZ<br>3220 W 14th Avenue Apt. 162<br>Denver, CO 80204<br>-and-<br>AMAZON.COM, INC.<br>410 Terry Avenue North<br>Seattle, WA 98109<br>-and-<br>AMAZON LOGISTICS, INC.<br>410 Terry Avenue North<br>Seattle, WA 98109<br>*Defendants* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br>_______________ TERM, 2025<br><br><br>NO.<br><br><br><br><br><br><br><br><br><br><br>**JURY TRIAL DEMANDED** |

## CIVIL ACTION COMPLAINT

1. Plaintiff, Myriam V. Pelaez Cardona, is an adult individual and citizen of the Commonwealth of Pennsylvania, residing therein at the above-captioned address.

2. Defendant, Reynaldo Duany Rodriquez, is an adult individual and citizen of the State of Colorado, residing therein at the above-captioned address.

3. Defendant, Amazon.com, Inc., was and is now a business entity, believed to be a corporation, duly organized and existing under the laws of the State of Delaware, with a principal place of business and corporate headquarters located in the State of Washington at the above-captioned address.

4. Defendant, Amazon Logistics, Inc., was and is now a business entity, believed to be a corporation, duly organized and existing under the laws of the State of Delaware, with a principal place of business and corporate headquarters located in the State of Washington at the above-captioned address.

5. Venue exists in Philadelphia County because one or more of the Defendants regularly and continuously conducts business in Philadelphia County.

6. At all times relevant hereto, Defendant, Reynaldo Duany Rodriquez, owned, leased, possessed, maintained, controlled, and/or operated a certain blue 2010 Mazda 5 motor vehicle, Pennsylvania license plate # MPE0429, which was involved in the motor vehicle incident hereinafter described.

7. At all times relevant hereto, Defendants, Amazon.com, Inc. and Amazon Logistics, Inc., acted by and through their trustees, directors, agents, servants, employees, workmen and/or other representatives, including Defendant, Reynaldo Duany Rodriguez, who were, in turn, acting within the course and scope of their employment, agency and/or service for the same and under the direct control of the Defendants.

8. On or about December 14, 2024, Plaintiff, Myriam V. Pelaez Cardona, was operating a certain 2023 Mazda CX-5 motor vehicle, Pennsylvania license plate # LRG6850, traveling eastbound on Route 30 in Manheim Township, Lancaster County, Pennsylvania and which was involved in the motor vehicle accident hereinafter described.

9. On or about December 14, 2024, Plaintiff, Myriam V. Pelaez Cardona, was operating the aforesaid motor vehicle, lawfully traveling eastbound on Route 30, approaching the off-ramp for Oregon Pike in Manheim Township, Lancaster County, Pennsylvania, and was slowing for traffic ahead when, suddenly and without warning, the aforesaid motor vehicle

operated by Defendant, Reynaldo Duany Rodriquez, which was traveling behind Plaintiff's vehicle at or near the same location at an excessive rate of speed, violently struck the rear of Plaintiff's vehicle with such force so as to cause Plaintiff to sustain severe and permanent injuries, as described more fully hereinafter.

10. The aforementioned motor vehicle accident was caused by reason of the negligence and carelessness of the Defendants and was due in no manner to any act or failure to act on the part of the Plaintiff.

**COUNT I**
**MYRIAM V. PELAEZ CARDONA v. REYNALDO DUANY RODRIQUEZ**
**NEGLIGENCE**

11. Plaintiff hereby incorporates by reference all foregoing paragraphs of the within Complaint as though the same were fully set forth at length herein.

12. The aforesaid motor vehicle accident was caused by the negligence and carelessness of the Defendant, Reynaldo Duany Rodriquez, which consisted of the following:

(a) failing to have the aforesaid motor vehicle under proper and adequate control at the time of the motor vehicle accident described herein;

(b) operating the aforesaid motor vehicle at a high and excessive rate of speed under the circumstances;

(c) operating the aforesaid motor vehicle in an unsafe, negligent and careless manner without due regard for the rights and safety of those lawfully upon the roadway, including the Plaintiffs: more specifically; following Plaintiff's vehicle too closely at an excessive rate of speed and failing to prevent his vehicle from striking the rear of Plaintiff's vehicle;

(d) failing to give proper and sufficient warning of the approach of the aforesaid motor vehicle;

(e) failing to maintain a proper and adequate lookout on the roadway;

(f) failing to observe traffic patterns and conditions;

(g) failing to regard the point and position of other vehicles upon the roadway, including the Plaintiff's vehicle;

(h) operating a motor vehicle with disregard for the safety of persons upon the roadway; and

(i) failing to properly determine the distance between the aforesaid vehicle and Plaintiff's vehicle so as to avoid a dangerous collision of the type that seriously injured the Plaintiff.

13. By reason of the aforesaid negligence of the Defendant, Plaintiff, Myriam V. Pelaez Cardona, has suffered severe and permanent injuries, including, but not limited to: sprain of ligaments of thoracic and lumbar spine; acute post-traumatic headache; sprain of part(s) of left wrist and hand; traumatic rupture of lumbar intervertebral disc L5-S1; finger sprain to 5th digit - left hand; as well as aches, pains, mental anxiety and anguish, and a severe shock to her entire nervous system. Plaintiff has in the past and will in the future undergo severe pain and suffering as a result of which she has in the past and will in the future be unable to engage in her usual activities, all to her great detriment and loss.

14. As a further result of the motor vehicle accident described herein, Plaintiff has been or will be obliged to receive and undergo medical care and attention and to expend various sums of money and to incur various expenses for the injuries which she suffered, and she may be obliged to continue to expend such sums or incur such expenditures for an indefinite period of time in the future.

15. As a further result of the motor vehicle accident described herein, Plaintiff has suffered or may suffer a severe loss of her earnings and/or earning power, and she may incur such loss for an indefinite period in the future.

16. As a direct and reasonable result of the aforementioned motor vehicle accident, Plaintiff may hereafter incur other financial expenses or losses which do or may exceed the

amounts which she may otherwise be entitled to recover under and pursuant to the Pennsylvania Motor Vehicle Financial Responsibility Law, 75 Pa. C.S. Section 1701, et seq. as amended, for which she claims damages herein.

17. Further, by reason of the aforesaid occurrence, Plaintiff has incurred and/or may hereinafter incur other financial expenses all in an effort to treat and cure herself of the injuries sustained in the aforesaid accident.

18. As a further result of the motor vehicle accident described herein, Plaintiff has or may have suffered injuries resulting in the permanent loss of a use of a bodily function, dismemberment, and/or scarring, which may be in full or part cosmetic disfigurements which are or may be permanent, irreparable and severe.

19. As a further result of the motor vehicle accident described herein, Plaintiff has suffered a loss of the enjoyment of her usual duties, avocations, life's pleasures and activities, and the shortening of her life expectancy, all to her great detriment and loss.

20. As a further result of the aforesaid motor vehicle accident, Plaintiff has suffered great physical pain, suffering and mental anguish, all of which may continue into the future.

21. Plaintiff in no manner contributed to her injuries, which were the direct and proximate result of the Defendant's negligence and carelessness.

22. At all times relevant hereto, Plaintiff is and has been entitled to Full-Tort status under the Pennsylvania Motor Vehicle Code.

**WHEREFORE**, Plaintiff, Myriam V. Pelaez Cardona, demands judgment against Defendant, Reynaldo Duany Rodriquez, in an amount in excess of Fifty Thousand Dollars ($50,000.00).

**COUNT II**
**MYRIAM V. PELAEZ CARDONA v. AMAZON.COM, INC.**
**NEGLIGENCE**

23. Plaintiff hereby incorporates by reference all foregoing paragraphs of the within Complaint as though the same were fully set forth at length herein.

24. The aforesaid motor vehicle accident was caused by the negligence and carelessness of the Defendant, Amazon.com, Inc., acting by and through its trustees, directors, agents, servants, employees, workmen and/or other representatives, including Defendant, Reynaldo Duany Rodriguez, who were, in turn, acting within the course and scope of their employment, agency and/or service for the same and under the direct control of the Defendant, which consisted of the following:

(a) failing to have the aforesaid motor vehicle under proper and adequate control at the time of the motor vehicle accident described herein;

(b) operating the aforesaid motor vehicle at a high and excessive rate of speed under the circumstances;

(c) operating the aforesaid motor vehicle in an unsafe, negligent and careless manner without due regard for the rights and safety of those lawfully upon the roadway, including the Plaintiffs: more specifically; following Plaintiff's vehicle too closely at an excessive rate of speed and failing to prevent its vehicle from striking the rear of Plaintiff's vehicle;

(d) failing to give proper and sufficient warning of the approach of the aforesaid motor vehicle;

(e) failing to maintain a proper and adequate lookout on the roadway;

(f) failing to observe traffic patterns and conditions;

(g) failing to regard the point and position of other vehicles upon the roadway, including the Plaintiff's vehicle;

(h) operating a motor vehicle with disregard for the safety of persons upon the roadway;

(i) failing to properly determine the distance between the aforesaid vehicle and Plaintiff's vehicle so as to avoid a dangerous collision of the type that seriously injured the Plaintiff;

(j) entrusting the aforesaid motor vehicle to Defendant, Reynaldo Duany Rodriquez, when his propensity for careless and/or negligent driving was or should have been known by Amazon.com, Inc.;

(k) failing to recognize prior instances of careless and/or negligent driving by its employees and/or agents, such as Defendant, Reynaldo Duany Rodriguez;

(l) failing to properly hire employees and/or agents qualified to drive commercial and/or passenger vehicles;

(m) failing to properly train, monitor, and supervise its employees and/or agents; and

(n) failing to properly train employees and/or agents on proper driving safety.

25. By reason of the aforesaid negligence of the Defendant, Plaintiff, Myriam V. Pelaez Cardona, has suffered severe and permanent injuries, including, but not limited to: sprain of ligaments of thoracic and lumbar spine; acute post-traumatic headache; sprain of part(s) of left wrist and hand; traumatic rupture of lumbar intervertebral disc L5-S1; finger sprain to 5th digit - left hand; as well as aches, pains, mental anxiety and anguish, and a severe shock to her entire nervous system. Plaintiff has in the past and will in the future undergo severe pain and suffering as a result of which she has in the past and will in the future be unable to engage in her usual activities, all to her great detriment and loss.

26. As a further result of the motor vehicle accident described herein, Plaintiff has been or will be obliged to receive and undergo medical care and attention and to expend various sums of money and to incur various expenses for the injuries which she suffered, and she may be obliged to continue to expend such sums or incur such expenditures for an indefinite period of time in the future.

27. As a further result of the motor vehicle accident described herein, Plaintiff has

suffered or may suffer a severe loss of her earnings and/or earning power, and she may incur such loss for an indefinite period in the future.

28. As a direct and reasonable result of the aforementioned motor vehicle accident, Plaintiff may hereafter incur other financial expenses or losses which do or may exceed the amounts which she may otherwise be entitled to recover under and pursuant to the Pennsylvania Motor Vehicle Financial Responsibility Law, 75 Pa. C.S. Section 1701, et seq. as amended, for which she claims damages herein.

29. Further, by reason of the aforesaid occurrence, Plaintiff has incurred and/or may hereinafter incur other financial expenses all in an effort to treat and cure herself of the injuries sustained in the aforesaid accident.

30. As a further result of the motor vehicle accident described herein, Plaintiff has or may have suffered injuries resulting in the permanent loss of a use of a bodily function, dismemberment, and/or scarring, which may be in full or part cosmetic disfigurements which are or may be permanent, irreparable and severe.

31. As a further result of the motor vehicle accident described herein, Plaintiff has suffered a loss of the enjoyment of her usual duties, avocations, life's pleasures and activities, and the shortening of her life expectancy, all to her great detriment and loss.

32. As a further result of the aforesaid motor vehicle accident, Plaintiff has suffered great physical pain, suffering and mental anguish, all of which may continue into the future.

33. Plaintiff in no manner contributed to her injuries, which were the direct and proximate result of the Defendant's negligence and carelessness.

34. At all times relevant hereto, Plaintiff is and has been entitled to Full-Tort status under the Pennsylvania Motor Vehicle Code.

**WHEREFORE**, Plaintiff, Myriam V. Pelaez Cardona, demands judgment against Defendant, Amazon.com, Inc., in an amount in excess of Fifty Thousand Dollars ($50,000.00).

**COUNT III**
**MYRIAM V. PELAEZ CARDONA v. AMAZON LOGISTICS, INC.**
**NEGLIGENCE**

35. Plaintiff hereby incorporates by reference all foregoing paragraphs of the within Complaint as though the same were fully set forth at length herein.

36. The aforesaid motor vehicle accident was caused by the negligence and carelessness of the Defendant, Amazon Logistics, Inc., acting by and through its trustees, directors, agents, servants, employees, workmen and/or other representatives, including Defendant, Reynaldo Duany Rodriguez, who were, in turn, acting within the course and scope of their employment, agency and/or service for the same and under the direct control of the Defendant, which consisted of the following:

(a) failing to have the aforesaid motor vehicle under proper and adequate control at the time of the motor vehicle accident described herein;

(b) operating the aforesaid motor vehicle at a high and excessive rate of speed under the circumstances;

(c) operating the aforesaid motor vehicle in an unsafe, negligent and careless manner without due regard for the rights and safety of those lawfully upon the roadway, including the Plaintiffs: more specifically; following Plaintiff's vehicle too closely at an excessive rate of speed and failing to prevent its vehicle from striking the rear of Plaintiff's vehicle;

(d) failing to give proper and sufficient warning of the approach of the aforesaid motor vehicle;

(e) failing to maintain a proper and adequate lookout on the roadway;

(f) failing to observe traffic patterns and conditions;

(g) failing to regard the point and position of other vehicles upon the roadway, including the Plaintiff's vehicle;

(h) operating a motor vehicle with disregard for the safety of persons upon the roadway;

(i) failing to properly determine the distance between the aforesaid vehicle and Plaintiff's vehicle so as to avoid a dangerous collision of the type that seriously injured the Plaintiff;

(j) entrusting the aforesaid motor vehicle to Defendant, Reynaldo Duany Rodriquez, when his propensity for careless and/or negligent driving was or should have been known by Amazon Logistics, Inc.;

(k) failing to recognize prior instances of careless and/or negligent driving by its employees and/or agents, such as Defendant, Reynaldo Duany Rodriguez;

(l) failing to properly hire employees and/or agents qualified to drive commercial and/or passenger vehicles;

(m) failing to properly train, monitor, and supervise its employees and/or agents; and

(n) failing to properly train employees and/or agents on proper driving safety.

37. By reason of the aforesaid negligence of the Defendant, Plaintiff, Myriam V. Pelaez Cardona, has suffered severe and permanent injuries, including, but not limited to: sprain of ligaments of thoracic and lumbar spine; acute post-traumatic headache; sprain of part(s) of left wrist and hand; traumatic rupture of lumbar intervertebral disc L5-S1; finger sprain to 5th digit - left hand; as well as aches, pains, mental anxiety and anguish, and a severe shock to her entire nervous system. Plaintiff has in the past and will in the future undergo severe pain and suffering as a result of which she has in the past and will in the future be unable to engage in her usual activities, all to her great detriment and loss.

38. As a further result of the motor vehicle accident described herein, Plaintiff has been or will be obliged to receive and undergo medical care and attention and to expend various sums of money and to incur various expenses for the injuries which she suffered, and she may be

obliged to continue to expend such sums or incur such expenditures for an indefinite period of time in the future.

39. As a further result of the motor vehicle accident described herein, Plaintiff has suffered or may suffer a severe loss of her earnings and/or earning power, and she may incur such loss for an indefinite period in the future.

40. As a direct and reasonable result of the aforementioned motor vehicle accident, Plaintiff may hereafter incur other financial expenses or losses which do or may exceed the amounts which she may otherwise be entitled to recover under and pursuant to the Pennsylvania Motor Vehicle Financial Responsibility Law, 75 Pa. C.S. Section 1701, et seq. as amended, for which she claims damages herein.

41. Further, by reason of the aforesaid occurrence, Plaintiff has incurred and/or may hereinafter incur other financial expenses all in an effort to treat and cure herself of the injuries sustained in the aforesaid accident.

42. As a further result of the motor vehicle accident described herein, Plaintiff has or may have suffered injuries resulting in the permanent loss of a use of a bodily function, dismemberment, and/or scarring, which may be in full or part cosmetic disfigurements which are or may be permanent, irreparable and severe.

43. As a further result of the motor vehicle accident described herein, Plaintiff has suffered a loss of the enjoyment of her usual duties, avocations, life's pleasures and activities, and the shortening of her life expectancy, all to her great detriment and loss.

44. As a further result of the aforesaid motor vehicle accident, Plaintiff has suffered great physical pain, suffering and mental anguish, all of which may continue into the future.

45. Plaintiff in no manner contributed to her injuries, which were the direct and

proximate result of the Defendant's negligence and carelessness.

46. At all times relevant hereto, Plaintiff is and has been entitled to Full-Tort status under the Pennsylvania Motor Vehicle Code.

**WHEREFORE**, Plaintiff, Myriam V. Pelaez Cardona, demands judgment against Defendant, Amazon Logistics, Inc., in an amount in excess of Fifty Thousand Dollars ($50,000.00).

Respectfully,

**SWARTZ CULLETON FERRIS TRIAL LAWYERS**

By: /s/ Matthew E. Gallagher
Matthew E. Gallagher, Esquire
*Attorney for Plaintiff,*
Myriam V. Pelaez Cardona

Date: October 30, 2025

**VERIFICATION**

I, ______________________________, hereby state that I am the Plaintiff in this action and verify that the statements made in the foregoing Civil Action Complaint are true and correct to the best of my knowledge, information and belief. The undersigned understands that the statements herein are made subject to the penalties of 18 Pa. C.S. 4904 relating to unsworn falsification to authorities.

Myriam V Pelaeze

# EXHIBIT "B"

# AFFIDAVIT OF SERVICE

LawServe LLC, 123 South 22nd Street, Philadelphia, PA 19103

| Plaintiff | COURT NAME | Docket Number |
|---|---|---|
| MYRIAM V. PELAEZ CARDONA | Philadelphia Court of Common Pleas | 251003831 |
| **Defendant** | **DOCUMENT TO BE SERVED** | |
| REYNALDO DUANY RODRIQUEZ and AMAZON.COM, INC. and AMAZON LOGISTICS, INC. | Civil Cover Sheet, Notice to Defend, Complaint, Verification | |

Filed and Attested by the Office of Judicial Records 15 NOV 2025 09:27 am B. BALILONIS

| SERVE AT | INDIVIDUAL, COMPANY, CORPORATION, ETC., TO BE SERVED: |
|---|---|
| | **AMAZON.COM, INC.** c/o Corporation Service Company, MC-CSC1, 300 Deschutes Way SW, Suite 208, Tumwater, WA 98501 |

| ATTORNEY FOR PLAINTIFF | | INTERNAL CASE # |
|---|---|---|
| Matthew E. Gallagher, Esquire<br>SWARTZ CULLETON FERRIS<br>547 E. Washington Avenue<br>Newtown, PA 18940 | Phone: (215) 550-6553<br>Fax: (215) 550-6557<br>Email: | MYRIAM V. PELAEZ CARDONA |

87361

**Cam Haines**, hereby certifies in accordance with law that he did **serve** upon above named Defendant a true and correct copy of the above-captioned on **November 5, 2025** at **2:55 PM** in the following manner:

- [ ] Party(s) personally served.
- [ ] Adult family member with whom said Party(s) reside(s)
- [ ] Adult in charge of Party's residence who refused to give name or relationship.
- [ ] Adult person in charge of Party's residence.
- [ ] Manager / Clerk of place of lodging in which Party(s) reside(s).
- [X] Agent or person in charge of Party(s) office or usual place of business. **Ellen Jones, Customer Service Associate Authorized to Accept**
- [ ] ______________________ an officer of said Party(s) company.
- [ ] POSTED

Comments:

Description (if required):
Sex: Female Age: 60 Height: 5' 1" Weight: 130 Skin : Caucasian Hair: Brown

On the
Party not found because: ( ) Moved ( ) Unknown ( ) Vacant ( ) Other ( ) No Response

I certify the foregoing to be true and correct.
SWORN TO AND SUBSCRIBED:
Before me this 14 day of Nov 2025

Notary Public

SAMANTHA BLIZARD NOTARY PUBLIC 189547 STATE OF WASHINGTON COMMISSION EXPIRES 01-06-

SIGNATURE

**Cam Haines**
PRINT NAME

Client ID: MYRIAM V. PELAEZ CARDONA
12:58:06 PM

# AFFIDAVIT OF SERVICE

LawServe LLC, 123 South 22nd Street, Philadelphia, PA 19103

| Plaintiff | COURT NAME | Docket Number |
|---|---|---|
| **MYRIAM V. PELAEZ CARDONA** | **Philadelphia Court of Common Pleas** | **251003331** |
| **Defendant** | **DOCUMENT TO BE SERVED** | |
| **REYNALDO DUANY RODRIQUEZ and AMAZON.COM, INC. and AMAZON LOGISTICS, INC.** | **Civil Cover Sheet, Notice to Defend, Complaint, Verification** | |

Filed and Attested by the Office of Judicial Records 15 NOV 2025 09:29 am B. BALILONIS

| SERVE AT | INDIVIDUAL, COMPANY, CORPORATION, ETC., TO BE SERVED: **AMAZON LOGISTICS, INC.**<br>c/o Corporation Service Company, MC-CSC1, 300 Deschutes Way SW, Suite 208, Tumwater, WA 98501 |
|---|---|

| ATTORNEY FOR PLAINTIFF | | INTERNAL CASE # |
|---|---|---|
| Matthew E. Gallagher, Esquire<br>SWARTZ CULLETON FERRIS<br>547 E. Washington Avenue<br>Newtown, PA 18940 | Phone: (215) 550-6553<br>Fax: (215) 550-6557<br>Email: | MYRIAM V. PELAEZ CARDONA |

**Cam Haines**, hereby certifies in accordance with law that he did **serve** upon above named Defendant a true and correct copy of the above-captioned on **November 5, 2025** at **2:55 PM** in the following manner:

87362

- [ ] Party(s) personally served.
- [ ] Adult family member with whom said Party(s) reside(s)
- [ ] Adult in charge of Party's residence who refused to give name or relationship.
- [ ] Adult person in charge of Party's residence.
- [ ] Manager / Clerk of place of lodging in which Party(s) reside(s).
- [X] Agent or person in charge of Party(s) office or usual place of business. **Ellen Jones, Customer Service Associate Authorized to Accept**
- [ ] ______________________ an officer of said Party(s) company.
- [ ] POSTED

Comments:

Description (if required):
Sex: Female Age: 60 Height: 5' 1" Weight: 130 Skin : Caucasian Hair: Brown

On the

Party not found because: ( ) Moved ( ) Unknown ( ) Vacant ( ) Other ( ) No Response

I certify the foregoing to be true and correct.
SWORN TO AND SUBSCRIBED:
Before me this 14 day of Nov 2025

Notary Public

SAMANTHA BLIZARD 189541 NOTARY PUBLIC STATE OF WASHINGTON COMMISSION EXPIRES 01-06-29

SIGNATURE

**Cam Haines**
PRINT NAME

Client ID: MYRIAM V. PELAEZ CARDONA
12:58:27 PM

# EXHIBIT "C"

# AFFIDAVIT OF SERVICE

LawServe LLC, 123 South 22nd Street, Philadelphia, PA 19103

| Plaintiff | COURT NAME | Docket Number |
|---|---|---|
| MYRIAM V. PELAEZ CARDONA | Philadelphia Court of Common Pleas | 251003831 |
| **Defendant** REYNALDO DUANY RODRIQUEZ and AMAZON.COM, INC. and AMAZON LOGISTICS, INC. | **DOCUMENT TO BE SERVED** Civil Cover Sheet, Notice to Defend, Complaint, Verification | |

Filed and Attested by the Office of Judicial Records 20 NOV 2025 05:35 pm B. BALILONIS

SERVE AT

INDIVIDUAL, COMPANY, CORPORATION, ETC., TO BE SERVED:
**REYNALDO DUANY RODRIQUEZ**

7500 E HARVARD AVE APT 304, Denver, CO 80231

| ATTORNEY FOR PLAINTIFF | | INTERNAL CASE # |
|---|---|---|
| Matthew E. Gallagher, Esquire<br>SWARTZ CULLETON FERRIS<br>547 E. Washington Avenue<br>Newtown, PA 18940 | Phone: (215) 550-6553<br>Fax: (215) 550-6557<br>Email: | MYRIAM V. PELAEZ CARDONA |

87360

**Pat Owen**, hereby certifies in accordance with law that he did **attempt to serve** upon above named Defendant a true and correct copy of the above-captioned on **November 11, 2025** at **2:50 PM** in the following manner:

- [ ] Party(s) personally served.
- [ ] Adult family member with whom said Party(s) reside(s)
- [ ] Adult in charge of Party's residence who refused to give name or relationship.
- [ ] Adult person in charge of Party's residence.
- [ ] Manager / Clerk of place of lodging in which Party(s) reside(s).
- [ ] Agent or person in charge of Party(s) office or usual place of business.
- [ ] ______________________________ an officer of said Party(s) company.
- [ ] POSTED

Description (if required):
Sex: ________ Age: ________ Height: ____________ Weight: ___________ Skin : ____________ Hair: ____________

On the **11th** day of **November**, **2025**, at **2:50 PM** o'clock, **PM**

Party not found because: (X) Moved ( ) Unknown ( ) Vacant ( ) Other ( ) No Response

**Current resident (Johan Aborte) stated that REYNALDO DUANY RODRIQUEZ moved to California 2 months ago and he does not have a forwarding address.**

I certify the foregoing to be true and correct.
SWORN TO AND SUBSCRIBED:
Before me this 20th day of November 2025

[signature]
SIGNATURE

Brenda S. Olson
Notary Public

**Pat Owen**
PRINT NAME

BRENDA S. OLSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20114003073
MY COMMISSION EXPIRES JANUARY 13, 2027

Client ID: MYRIAM V. PELAEZ CARDONA
3:44:29 PM

# EXHIBIT "D"

**WILSON ELSER MOSKOWITZ**
**EDELMAN & DICKER, LLP**
By: Salvatore A. Clemente, Esquire
Lauren B. Orner, Esquire
Attorney ID: 80830/86737
Two Commerce Square
2001 Market Street, Suite 3100
Philadelphia, PA 19103
Email: Salvatore.Clemente@wilsonelser.com
Lauren.Orner@wilsonelser.com

Attorney for Defendants,
*Amazon.com, Inc. and Amazon Logistics, Inc.*

Filed and Attested by the Office of Judicial Records 04 DEC 2025 11:39 am B. BALILONIS

| | | |
|---|---|---|
| MIRIAM V. PELAEZ CARDONA,<br>Plaintiff,<br><br>vs.<br><br>REYNALDO DUANY RODRIGUEZ, AMAZON.COM, INC., AND AMAZON LOGISTICS, INC.,<br>Defendants. | : | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br>CIVIL ACTION - LAW<br><br>No. 251003831 |

**ENTRY OF APPEARANCE**

TO THE OFFICE OF JUDICIAL RECORDS:

Kindly enter our appearances as counsel on behalf of Defendants, Amazon.com, Inc. and Amazon Logistics, Inc., in the above-captioned matter.

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

s/*Salvatore A. Clemente*_________
Salvatore A. Clemente, Esquire

*/s/ Lauren B. Orner*__________
Lauren B. Orner, Esquire
Attorneys for Defendants,
*Amazon.com, Inc. and Amazon Logistics, Inc.*

Date: December 4, 2025

## CERTIFICATE OF SERVICE

I, Lauren B. Orner, Esquire, attorney for Defendants, Amazon.com, Inc. and Amazon Logistics, Inc., hereby certifies that a true and correct copy of the foregoing Entry of Appearance was electronically filed via this Court's electronic filing system and thereby viewable by and served upon all counsel of record pursuant to Pa. R. Civ. P. 205(g)(2)(ii).

s/*Lauren B. Orner*_____
Lauren B. Orner, Esquire

Date: December 4, 2025